Shanikwa JOHNSON, Plaintiff–
Appellee

v.

Mark WATERS, etc; et al, Defendants.

Mark Waters, Deputy Constable,
Defendant–Appellant.

No. 04–40664.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 11, 2005.

Suite B, Stuckey, Garrigan & Castetter,
Nacogdoches, TX, for Plaintiff–Appellee.

Robert Scott Davis, Christi Johnson
Kennedy, Flowers Davis, Tyler, TX, for
Defendant–Appellant.

Before JOLLY and DAVIS, Circuit
Judges, and ENGELHARDT *, District
Judge.

PER CURIAM: **

In this appeal from denial of qualified
immunity, we agree with the district court
that questions of fact are presented as to
whether the defendant Constable Waters
used excessive force in seizing the plaintiff.
Because genuine issues of material fact are

---

* District Judge of the Eastern District of Louisiana, sitting by designation.

presented we have no jurisdiction to consider this appeal.

Appeal dismissed.

---

the limited circumstances set forth in 5th CIR.
R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under